Argued and submitted February 19, affirmed;
remanded for resentencing March 15, 1982

## STATE OF OREGON,
*Respondent,*
*v.*
## WILLIAM PERRY JACKSON,
*Appellant.*

(No. C80-09-33036, CA A20657)

641 P2d 1139

John Daugirda, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

Defendant's convictions for murder and kidnapping are affirmed. *See State v. Quinn,* 290 Or 383, 623 P2d 630 (1981). The case is remanded for resentencing in light of *State v. Reams,* 292 Or 1, 636 P2d 913 (1981); *see also, State v. Segner,* 42 Or App 397, 600 P2d 916, *rev den* (1979).

Conviction affirmed; remanded for resentencing.